USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

ACT MARITIME LLC and WILMINGTON SAVINGS FUND SOCIETY

REQUEST FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782.

Civil Action No. 24-Misc. 99

**ORDER GRANTING *EX PARTE* APPLICATION**
**FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

This matter comes before the Court by an *ex parte* application for discovery pursuant to 28 U.S.C. § 1782 (the "Application") filed by ACT Maritime LLC ("ACT Maritime") and Wilmington Savings Fund Society, FSB ("Wilmington") (collectively, "Petitioners"). Having reviewed the Application; its supporting memorandum, the Declaration of James H. Power, dated March 1, 2024, as well as the exhibits thereto, the Court is satisfied that the production of documentation is warranted pursuant to 28 U.S.C. § 1782, and the Court hereby ORDERS as follows:

1. The Application is GRANTED.
2. Petitioners are authorized to issue and serve subpoenas on Bank of America N.A.; Barclays Bank PLC; BNP Paribas SA; Citibank N.A.; Commerzbank AG; Deutsche Bank Trust Co. Americas; HSBC Bank (USA) N.A.; JPMorgan Chase Bank, N.A.; Royal Bank of Scotland PLC; Société Generale; Standard Chartered Bank; The Bank of NY Mellon; UBS AG (in its individual capacity and as successor in interest to Credit Suisse AG); and Wells Fargo Bank, N.A. (the "**New York Banks**") for the production of the following documents:

A. For the period beginning December 23, 2019 to the present, copies of all wire transfer records processed by the New York Banks, as intermediary or correspondent banks, where any of the following entities or individuals (the "**Discovery Subjects**") is an originator, beneficiary, or is otherwise referenced in the wire transfer:

i. Panormos Crude Carriers Ltd.;

ii. London Maritime Holdings Ltd.;

iii. Moderna Marine Management Ltd.;

iv. Prime Paradise International Ltd.;

v. Marvin Shipping Services Inc.;

vi. M/T MARVIN STAR;

vii. IMO No. 9422366;

viii. M/T ANDROS SPIRIT;

ix. IMO No. 9592537;

x. Andros Bulk Ltd.;

xi. M/T SPETSES SPIRIT;

xii. IMO No. 9543885;

xiii. Spetses Bulk Ltd.;

B. For the period beginning December 23, 2019 to the present, identify any bank accounts in the name of and/or held beneficially for any of the Discovery Subjects, and provide the full records thereof, specifically including copies of present and historical account balance information, and records of incoming and outgoing payments.

C. For the period beginning December 23, 2019 to the present, identify any accounts, loans, lines of credit or other funding arrangements to any of the Discovery Subjects, and provide full records thereof.

2. Petitioners are authorized to serve a subpoena on International Registries, Inc., as agent for the Trust Company of the Marshall Islands, for production of the following documents:

A. For the period December 23, 2019 to present, all documents in the possession or control of International Registries, Inc. as agent for the Trust Company of the Marshall Islands concerning the corporate or vessel registration and payment of registration fees by:

i. Panormos Crude Carriers Ltd.;

ii. London Maritime Holdings Ltd.;

iii. Moderna Marine Management Ltd.;

iv. Marvin Shipping Services Inc.;

v. Andros Bulk Ltd.;

vi. Spetses Bulk Ltd.;

vii. M/T MARVIN STAR (IMO No. 9422366);

vii. M/T ANDROS SPIRIT (IMO No. 9592537);

ix. M/T SPETSES SPIRIT (IMO No. 9543885).

3. The New York Banks and International Registries, Inc. shall produce the documents requested in their respective subpoenas within twenty-one (21) days of service of the subpoena and as required under the Federal Rules of Civil Procedure

and the Local Rules of the United States District Court for the Southern District of New York.

4. The New York Banks and International Registries, Inc. shall preserve documents and evidence, electronic or otherwise, in their possession, custody, or control that contain information potentially relevant to the subject matter of the Applicants' document request.

5. Notice of the discovery authorized by this Order need not be provided in accordance with the Federal Rules of Civil Procedure. Notice need not be provided to any of the individuals or entities listed above or named as a party in the foreign proceedings until such time as the responsive documents produced by the New York Banks or International Registries, Inc. are submitted in the foreign proceedings.

6. The Court shall retain jurisdiction over the matter for the purpose of enforcement this Order, as appropriate, and assessing any supplemental request for discovery assistance by Petitioners.

7. A copy of this Order shall be served with each discovery demand.

The Clerk of Court is respectfully requested to terminate docket entry 1.

SO ORDERED.

Dated: October 5, 2026
New York, New York

Mary Kay Vyskocil
UNITED STATES DISTRICT JUDGE